# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SUE MANIGO,<br><br>　　　Plaintiff(s),<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　Defendant(s). | Case No.: 11-CV-04953 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 5, 2012, Defendant filed a Motion to Dismiss. Dkt. No. 16. Plaintiff's opposition was due on or about April 23, 2012. *See* Civ. L.R. 5-5(a) & 7-3(a); Fed. R. Civ. P. 6.

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss *no later than June 11, 2012*</u>. <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute</u>. Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**