# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH SUE MANIGO,**<br><br>    **Plaintiff(s),**<br><br>    **v.**<br><br>**MICHAEL J. ASTRUE, Commissioner of Social Security,**<br><br>    **Defendant(s).** | **Case No.: 11-CV-04953 YGR**<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On April 5, 2012, Defendant filed a Motion to Dismiss. Dkt. No. 16. Plaintiff's opposition was due on or about April 23, 2012. *See* Civ. L.R. 5-5(a) & 7-3(a); Fed. R. Civ. P. 6.

After Plaintiff failed to file an opposition, on May 24, 2012, the Court ordered Plaintiff to file an opposition to the Motion to Dismiss by no later than June 11, 2012, or face dismissal of this action for failure to prosecute. Dkt. No. 17. Plaintiff again failed to oppose the Motion.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order Terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: June 26, 2012

                                                    **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**